

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00379-CV

**CEC ENERGY SERVICES, LLC,**

**Appellant**

**v.**

**ENGLOBAL U.S., INC.,**

**Appellee**

**From the 220th District Court**
**Bosque County, Texas**
**Trial Court No. CV-23-187**

## MEMORANDUM OPINION

Appellant CEC Energy Services, LLC, has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant explains that the parties have resolved their dispute by settlement and that this appeal is now moot. Dismissal of this appeal would not prevent another party from seeking relief to which it would otherwise be entitled. *See id.* Appellant's motion to dismiss is therefore granted, and this appeal is dismissed.

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Dismissed
Opinion delivered and filed March 7, 2024
[CV06]

